# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 280 WAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JAMES FRANKLIN RODGERS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.